UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 OCT -3 PM 4:21

CLERK
BY_____ AL
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) NO.
)
NASIR HUSSAIN, ) (18 U.S.C. § 1546(a))
Defendant. )

Case # 2:24-cr-110-1

# INDICTMENT

The Grand Jury charges:

On or about June 22, 2022, in the District of Vermont and elsewhere, the defendant, NASIR HUSSAIN, knowingly subscribed as true under penalty of perjury under 18 U.S.C. § 1746 a false statement with respect to a material fact in an application to Register Permanent Residence or Adjust Status before the United States Department of Homeland Security, U.S. Citizenship and Immigration Services, that is NASIR HUSSAIN, alleged that between October 28, 2021 and May 19, 2022, he was living with Nyasia Antoinette Jackson in Orlando, Florida, when, as NASIR HUSSAIN well knew, he did not live with Nyasia Antoinette Jackson in Florida during that time.

(18 U.S.C. § 1546(a))

A ███████████
███████████
FO███████████

*Nikolas P. Kerest (CAPC)*
NIKOLAS P. KEREST (EAPC/CGO)
United States Attorney
Burlington, Vermont
October 3, 2024